IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3123 |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR REYES-MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the Motion to Extend Deadline to File Objections to Presentence Report (filing 32) is granted.

   Dated February 25, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge